| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff | § § | CIVIL ACTION H-07-1424 |
| versus | § § | (Claim: 51500/51500) |
| EDNA SCOTT, | § § | |
| Defendant | § § | |

# Default Judgment

Because Edna Scott failed to answer after being served, the United States of America recovers:

<u>Claim 51500</u>:
| | |
|---|---|
| Principal Balance: | $ 5,364.13 |
| Total Interest Accrued (As of September 12, 2007) | $ 7,856.59 |
| Attorney's Fees | $   550.00 |
| Administrative fees, costs and penalties | $   387.50 |
| (Including $350.00 filing fee) | |
| | $14,158.22 |
| Less Credits (Debtor Payments) | $     0.00 |
| Total Owed | $14,158.22 |

Interest Rate:     8.00%
Daily Accrual:  $1.18

<u>Claim 51500</u>:
| | |
|---|---|
| Principal Balance: | $ 4,537.61 |
| Total Interest Accrued (As of September 12, 2007) | $ 6,851.86 |
| Attorney's Fees | $   550.00 |
| Administrative fees, costs and penalties | $     0.00 |
| | $11,939.47 |
| Less Credits (Debtor Payments) | $     0.00 |
| Total Owed | $11,939.47 |

Interest Rate:     7.51%
Daily Accrual:  $0.93

Post-judgment interest at 4.27 % per annum.

Plus costs private process server fees for service of Summons.   $   77.00
Plus Judgment Recording Fee.                                      $   18.00

                                    **TOTAL:**  $26,192.69

Signed on September 14, 2007, at Houston, Texas.

                                            Lynn N. Hughes    USDJ
                                        United States District Judge